# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

Arrest Date: October 6, 2017

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br><br>Jesus Franco-Plaza,<br>A209 796 811<br>Defendant | Magistrate's Case No. **MJ 17-6393**<br><br>COMPLAINT FOR VIOLATION OF<br>Title 21 U.S.C. §§ 841<br>Controlled Substance With Intent to Distribute<br>Count One<br><br>Title 21 U.S.C. §§ 844<br>Simple Possession of a Controlled Substance<br>Count Two |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNT ONE

On or about October 6, 2017, within the District of Arizona, the defendant, Jesus Franco-Plaza, knowingly and intentionally possessed with intent to distribute 100 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(vii).

### COUNT TWO

On or about October 6, 2017, Jesus Franco-Plaza did knowingly and intentionally possess approximately 136.67 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Section 844(a), a class A misdemeanor.

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by: SAUSA Ryan Goldstein

**Telephonically Sworn**

Christopher M. Baugh
Border Patrol Agent

Sworn to by telephone, October 7, 2017.     4:15 p.m.

_____

David K. Duncan
United States Magistrate Judge

UNITED STATES OF AMERICA
vs.
Jesus Franco-Plaza

**STATEMENT OF FACTS**

I, Christopher M. Baugh, being duly sworn, do state the following

On October 6, 2017, Supervisory Border Patrol Agent (SBPA) Christopher Coleman and Border Patrol Agent (BPA) Jose Mendez were assigned to the Wellton Border Patrol Station. While checking a known location for alien and narcotic smuggling at approximately mile marker 91 on Interstate 8, SBPA Coleman found a total of seven (7) packs of what they suspected to be marijuana.

 SBPA Coleman and BPA Mendez began to search the area for any possible subjects in the area. The agents located footprints that appeared to leaving the area of where the seven packs were located. The agents followed the footprints approximately two miles north of Interstate 8. The agents were notified that a rotary helicopter, call sign Omaha 6BP, was in the area to assist in the search. BPA Ricardo Pena, who was operating a Forward Looking Infrared Camera, began searching the area as well.

BPA Pina was able to see several subjects attempting to conceal themselves in brush located northeast of SBPA Coleman and BPA Mendez. Using his service radio, BPA Pina notified the agents and Omaha 6BP of the subjects he had observed. Omaha 6BP notified the agents that he had visual of several subjects attempting to conceal themselves in brush that was in direct line from where they were following footprints.

Franco-Plaza was apprehended along with six other subjects, in close proximity of seven (7) bundles of marijuana, weighing approximately 301.30 pounds. In a subsequent post Miranda interview, Franco-Plaza said he was responsible for carrying approximately five (5) kilograms of marijuana. Franco-Plaza claimed that the group was carrying six (6) packs of twenty-five (25) kilograms of marijuana, and one (1) pack of five (5) kilograms of marijuana. Franco-Plaza said he was going to be paid $500 USD to carry the pack.

Based on my training and experience, the area where Franco-Plaza was apprehended is a remote area, and a known drug trafficking corridor. Franco-Plaza was encountered in a remote area in the desert, using tactics commonly used by drug trafficking organizations operating in Gila Bend, AZ.

While at the Wellton Station, a field test was conducted on the suspected marijuana. The seized substance tested positive for the characteristics of marijuana.

Based upon the foregoing, there is probable cause to believe that the defendant committed the offense as alleged in the Complaint.

Telephonically Sworn

_____

Christopher M. Baugh
Border Patrol Agent

4:15 p.m.

Sworn to by telephone, October 7, 2017.

_____

David K. Duncan
United States Magistrate Judge